# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                    CASE NO.  3:91cr3009/RV

BUDDY DAVIS, a/k/a INDIAN

**REFERRAL AND ORDER**

Referred to Judge Vinson on   12/16/2005
Type of Motion/Pleading MOTION TO TERMINATE SUPERVISED RELEASE
Filed by: Defendant Buddy Davis   on 12/7/05      Doc. No. 660
(  ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                               on _____ Doc. No. _____
                                               on _____ Doc. No. _____
                                               WILLIAM M. McCOOL, CLERK OF COURT

                                               */s/ V. Harmon*
                                               Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   20th   day of  December , 2005, that:

(a)   The requested relief is DENIED.

(b)   The Defendant is ordered to submit the DNA samples on January 12, 2006.

                                                 */s/ Roger Vinson*
                                               ROGER VINSON
                                               SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

                                      Document No.