Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V.                                          Crim. No. 3:91-03009-06/RV

BUDDY DAVIS, a/k/a/ INDIAN

On July 9, 1991, the above named was placed on Supervised Release for a period of 5 years which term commenced on August 5, 2002. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Buddy Davis, a/k/a/ Indian, be discharged from Supervised Release.

Respectfully submitted,

*[signature]*
Donna D. Easterling
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this __17__ day of __January__, 20__06__.

*[signature]*
Roger Vinson
Senior U.S. District Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA FL

06 JAN 18 PM 1:57

FILED